# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | |
| v. | **CRIM. NO. 15-349 (PAD)** |
| **ERNESTO ESCOBAR CASTILLO**, | |
| Defendant. | |

## ORDER

The court has evaluated the Report and Recommendation made by U.S. Magistrate Judge Camille L. Vélez-Rivé regarding the Rule 11 proceeding of defendant, Ernesto Escobar Castillo (Docket No. 82), to which no objections have been filed. The court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty. The plea is therefore accepted and the defendant is adjudged guilty as to Counts One and Two of the Second Superseding Indictment.

The court notes that a Presentence Investigation Report was ordered (Docket No. 81). The Sentencing Hearing is set for September 30, 2016 at 10:00 a.m. in Courtroom 3. The parties shall file, not later than September 20, 2016, Sentencing Memoranda, which should include any recommendation(s) to be made at the Sentencing Hearing.

**SO ORDERED.**

In San Juan, Puerto Rico, this 6th day of July, 2016.

S/Pedro A. Delgado-Hernández
PEDRO A. DELGADO HERNANDEZ
United States District Judge
